UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

JOSUE ROMERO, on behalf of himself and all other similarly situated,

                Plaintiffs,

v.

88 ACRES FOODS, INC.,

                Defendant.
--------------------------------------------------------X

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED:    10/5/2021 |

20-CV-9215 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

    The Court seeks further briefing in connection with Defendant's motion to dismiss. (ECF No. 7.) Specifically, the parties should address whether Defendant's motion to dismiss for lack of personal jurisdiction and failure to state a claim is untimely under Rule 12, Fed. R. Civ. P.

    Plaintiff's submission is due by October 14, 2021. Defendant's response is due by October 21, 2021. Plaintiff's reply, if any, is due by October 28, 2021.

    SO ORDERED.

Dated: New York, New York
         October 5, 2021

                                        */s/ Kimba M. Wood*
                                         KIMBA M. WOOD
                                    United States District Judge